# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. TUCKER G. MILLS, **Defendant.** | PO-25-5070-GF-JTJ <br><br> VIOLATION: FAFTF0024 <br> Location Code: M13 <br><br> **ORDER** |

Based upon the United States' motion to dismiss violation FAFTF0024 without prejudice and for good cause shown,

**IT IS ORDERED** that violation FAFTF0024 is **DISMISSED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that the initial appearance scheduled for October 30, 2025, is **VACATED.**

DATED this 8th day of October 2025.

_____
John Johnston
United States Magistrate Judge